■ In the Matter of MICHAEL OSETEK, Respondent, v MERRIBETH H. SMITH, as Assessor for the Town of Monroe, Appellant.—In a proceeding to review a tax assessment on real property, the appeal is from an order of the Supreme Court, Orange County, dated June 8, 1976, which denied appellant's motion (1) for summary judgment and (2) to stay the trial until it completes its audit. Order modified by deleting therefrom the provision denying the branch of the motion which sought to stay the trial and substituting therefor a provision granting the said branch of the motion. As so modified, order affirmed, without costs or disbursements. The stay shall be effective for a period of 60 days from the date of the order to be made hereon. Under the particular circumstances of this case, the appellant should be given the opportunity to perform an audit of the petitioner's books and records (cf. 22 NYCRR 678.3 [b]). Titone, J. P., Rabin, Gulotta and Margett, JJ., concur.

■ In the Matter of ST. FRANCIS PREPARATORY SCHOOL, Petitioner, v MARSHALL G. KAPLAN et al., Constituting the Tax Commission of the City of New York, Respondents.—Proceeding pursuant to CPLR article 78, inter alia, to review a determination of the respondents, dated March 25, 1977, which, after a hearing, denied petitioner's application for exemption from real estate taxation of certain premises it owns and which it had leased at a stated rental to a not-for-profit corporation for use as a senior citizens' center. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The determination denying the application for an exemption is supported by substantial evidence. Hopkins, J. P., Martuscello, Rabin and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN DIER, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered December 17, 1976, convicting him of possession of weapons, etc., as a felony, and menacing, upon a jury verdict, and imposing sentence. Judgment affirmed. There is no merit to any of the issues raised by appellant. Gulotta, J. P., Shapiro, Cohalan and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES P. EVANS, Appellant.—Judgment of the County Court, Nassau County, rendered April 25, 1977, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Gulotta, Shapiro and Cohalan, JJ., concur.